UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br><br>            Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>            Defendant. | CIVIL ACTION NO. 05-30181-MAP<br><br>**JOINT MOTION TO CONDUCT CONSOLIDATED SCHEDULING CONFERENCES** |

Four former employees, including the above named Plaintiff, have filed separate Complaints against Defendant Top-Flite Golf Company relating to their layoff. In each case, the Plaintiff and Defendant are represented by the same counsel. The case names and numbers are as follows:

1. Michael Behaylo v. The Top-Flite Golf Company - CV#05-30178-MAP
2. John Bettencourt v. The Top-Flite Golf Company - CV#05-30179-MAP
3. Paul Duval v. The Top-Flite Golf Company - CV#05-30181-MAP
4. Gary J. Lonczak v. The Top-Flite Golf Company - CV#05-30180-MAP

The court has scheduled Scheduling Conferences in the Bettencourt and Lonczak matters for September 20, 2005 at 11:00 a.m. and 11:30 a.m. The court has scheduled a conference in the Duval matter for September 19, 2005 at 10:30 a.m. No conference has, as yet, been scheduled for Behaylo.

The parties believe that the court would have adequate time on September 20, 2005, from 11:00 a.m. through noon to address any scheduling conference issues for all four matters. Therefore, in the interests of efficiency, the parties jointly move that the

scheduling conferences for all four cases be conducted on September 20, 2005 beginning at 11:00 a.m.

The undersigned represents that Attorney Cahillane joins in this motion.

Respectfully submitted,

  /s/ Jay M. Presser, Esq.  
Jay M. Presser, Esq.  
BBO No. 405760  
Counsel for Defendant  
Skoler, Abbott & Presser, P.C.  
One Monarch Place, Suite 2000  
Springfield, Massachusetts  01144  
Tel.:  (413) 737-4753/Fax: (413) 787-1941

Dated:   August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Joint Motion to Conduct Consolidated Scheduling Conferences* was served upon the attorney of record for each other party electronically and by first-class, U.S. mail, postage prepaid, on August 29, 2005.

  /s/ Jay M. Presser, Esq.  
Jay M. Presser, Esq.