UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br><br>                     Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                     Defendant. | CIVIL ACTION NO. 05-30181-MAP<br><br>**DEFENDANT**<br>**RULE 16.1 CERTIFICATION** |

      Pursuant to Local Rule 16.1, the Defendant, The Top-Flite Golf Company, and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941
Dated: _August 31_, 2005

_____
Peter A. Arturi
General Counsel
The Top-Flite Golf Company

Dated: August _29_, 2005

1