UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br>      Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>      Defendant | CIVIL ACTION NO.: 05-30181-MAP |

## PLAINTIFF'S RULE 16.1 CERTIFICATION

Counsel and the undersigned hereby certify that they have conferred in order to establish a budget for the cost of conducting the full course of this litigation and to consider the resolution of the litigation through the use alternative dispute resolution.

Dated: 9/15/05

*Maurice Cahillane*
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Dated: 9/2/2005

*Paul Duval*
Paul Duval

12084-050156\97245.wpd