UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br><br>                       Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                      Defendant. | CIVIL ACTION NO. 05-30181-MAP<br><br>**NOTICE OF APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, Top-Flite Golf Company, in the above action.

                                                        Respectfully submitted,

                                                         /s/ Amy B. Royal, Esq.
                                                    Amy B. Royal, Esq.
                                                    BBO No. 647175
                                                    Counsel for Defendant
                                                    Skoler, Abbott & Presser, P.C.
                                                    One Monarch Place, Suite 2000
                                                    Springfield, Massachusetts  01144
Dated:   October 14, 2005                  Tel.:  (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 14, 2005.

                                                         /s/ Amy B. Royal, Esq.
                                                    Amy B. Royal, Esq.