UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br>    Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>    Defendant | )<br>)<br>)<br>)  CIVIL ACTION NO.: 05-30181-MAP<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the parties and move that the period of time to complete discovery be extended to July 15, 2006, and as cause therefore states:

1. The parties are still in the process of completing discovery. Because of the large volume of material and the number of depositions to be completed, especially considering that some individuals are not in the area, the parties need additional time to complete discovery. Discovery was scheduled to close on May 22, 2006.

2. The parties further move that all other deadlines as set out in the prior Court Order be extended by forty-five (45) days.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: *Maurice M Cahillane / gr*<br>His attorney<br>Maurice M. Cahillane, Esq., BBO#069660<br>Egan, Flanagan and Cohen, P.C.<br>67 Market Street<br>Springfield, Massachusetts 01103<br>Tel: 413-737-0260; Fax: 413-737-0121<br><br>May 24, 2006 | *Jay Presser / gr*<br>Its attorney<br>Jay M. Presser, Esq.; BBO No. 405760<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144<br>Tel: 413-737-4753; Fax: 413-787-1941<br><br>May 24, 2006 |

12084-050156\113986.wpd