UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL DUVAL, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30181-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
| Defendant | ) | |

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff and moves for an extension to file the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and as grounds therefore states:

1. The Plaintiff's Opposition to Motion for Summary Judgment is presently due on January 12, 2007.

2. Due to some unexpected commitments to other clients during this week, and the need to secure some additional affidavits from individuals, the Plaintiff does not believe he can have the entire opposition completed by January 12, 2007 and request that he be permitted until January 16, 2007 to file the opposition and that Defendant's reply time be extended to February 2, 2007.

THE PLAINTIFF                          ASSENTED TO BY
                                       THE DEFENDANT BY


By: __/ S / __ Maurice M. Cahillane____        __/ S/ __ Jay M. Presser_____
    His attorney                                Its attorney
    Maurice M. Cahillane, Esq., BBO#069660       Jay M. Presser, Esq.; BBO No. 405760
    Egan, Flanagan and Cohen, P.C.               Skoler, Abbott & Presser, P.C.
    67 Market Street                             One Monarch Place, Suite 2000
    Springfield, Massachusetts 01103             Springfield, Massachusetts 01144
    Tel: 413-737-0260; Fax: 413-737-0121         Tel: 413-737-4753; Fax: 413-787-1941

    Dated: January 11, 2007_____

12084-

050156\127561.wpd

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served this 11th day of January, 2007, on all parties, by electronic delivery and First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144

 / S / Maurice M. Cahillane
Maurice M. Cahillane

12084-050156\127569.wpd