UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DUVAL,　　　　　　　　　　）
　　　　　Plaintiff　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
vs.　　　　　　　　　　　　　　　　）　　CIVIL ACTION NO.: 05-30181-MAP
　　　　　　　　　　　　　　　　　）
THE TOP-FLITE GOLF COMPANY,　　）
　　　　　Defendant　　　　　　　　）

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Paul Duval, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, opposes Defendant's Motion for Summary Judgment and in support thereof, submits Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment filed herewith.

Respectfully submitted,

/s/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Dated: January 16, 2007

12084-050156\127852.wpd

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing document was served this 16th day of January 2007, on all parties, by forwarding via electronic mail to Jay M. Presser, Esq., Skoler, Abbott & Presser, One Monarch Place, Springfield, MA 01144

                /S/ Maurice M. Cahillane
                Maurice M. Cahillane

11842-040948\125570.wpd