UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL, )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>THE TOP-FLITE GOLF COMPANY, )<br>      Defendant ) | CIVIL ACTION NO.: 05-30181-MAP |

**PLAINTIFF'S MOTION FOR LEAVE TO MANUALLY
FILE EXHIBITS TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Paul Duval, pursuant to the Local Rules of the District Court of Massachusetts moves for leave to manually file, by hand delivery, the Exhibits to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on Tuesday, January 16, 2007 due to the volume of documents being bound. A copy of said documents will be served, by hand, on opposing counsel. All other materials relating to Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be electronically filed on January 16, 2007.

Respectfully submitted,

/s/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Dated: January 16, 2007

12084-050156\127845.wpd