UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DUVAL,              )
    Plaintiff            )
                         )
vs.                      )   CIVIL ACTION NO.: 05-30181-MAP
                         )
THE TOP-FLITE GOLF COMPANY, )
    Defendant            )

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE**

Now comes the plaintiff and moves for an extension until March 10, 2007 to file the Plaintiff's Opposition to Defendant's Motions to Strike, and as cause therefore states:

1. The Plaintiff's Response to Defendant's Motions to Strike are presently due on March 1, 2007.

2. Plaintiff's counsel was unexpectedly called to trial in the Hampden County Superior Court for Wednesday, February 28, 2007. Said trial is expected to last three days.

3. As the Court is undoubtedly aware, this matter involves four individual plaintiffs and the same defendant. The documents filed by the defendant are voluminous.

4. Wherefore, the Plaintiff respectfully requests that this extension be granted.

| THE PLAINTIFF | ASSENTED TO BY THE DEFENDANT BY |
|---|---|
| By:   / S / Maurice M. Cahillane | / S / Jay M. Presser |
| His attorney | Its attorney |
| Maurice M. Cahillane, Esq., BBO#069660 | Jay M. Presser, Esq.; BBO No. 405760 |
| Egan, Flanagan and Cohen, P.C. | Skoler, Abbott & Presser, P.C. |
| 67 Market Street | One Monarch Place, Suite 2000 |
| Springfield, Massachusetts 01103 | Springfield, Massachusetts 01144 |
| Tel: 413-737-0260; Fax: 413-737-0121 | Tel: 413-737-4753; Fax: 413-787-1941 |
| Dated: 2/26/2007 | Date: 2/26/2007 |