UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                   Defendant. | CIVIL ACTION NO. 05-30181-KPN<br><br>**MOTION TO CHANGE NAME OF CORPORATE DEFENDANT** |

NOW COMES named Defendant The Top-Flite Golf Company, by and through its counsel Skoler, Abbott & Presser, P.C., and files this Motion to change the name of the Corporate Defendant from "The Top-Flite Golf Company" to "Callaway Golf Ball Operations, Inc." "The Top-Flite Golf Company" has in fact, recently changed its corporate name to Callaway Golf Ball Operations, Inc. and this motion is simply so that the case pleadings reflect the properly named corporate entity that is, and remains, the defendant in this case.

Respectfully submitted,

  /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated:   June 21, 2007

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion to Change Name of Corporate Defendant* was served upon the attorney of record for each other party via electronic filing on June 21, 2007.

                                              /s/ Jay M. Presser, Esq.
                                              Jay M. Presser, Esq.