UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,           ) | |
|     Plaintiff     ) | |
|      ) | |
| vs.     ) | CIVIL ACTION NO.: 05-30181-MAP |
|      ) | |
| THE TOP-FLITE GOLF COMPANY,     ) | |
|     Defendant     ) | |

**PLAINTIFF'S MOTION TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

Now comes the Plaintiff, in the above referenced matter, and moves this Court to Continue the Case Management Conference scheduled for October 5, 2007 at 10:00 a.m. As reasons therefore, plaintiff's counsel states he has another proceeding on the same date and time with Judge Michael A. Ponsor.

Wherefore the Plaintiff requests that the Case Management Conference be rescheduled for another date.

Dated:   September 28, 2007

                          THE PLAINTIFF, PAUL DUVAL
                          BY HIS ATTORNEY


                          / S / Maurice M. Cahillane
                          Maurice M. Cahillane, Esq.
                          EGAN, FLANAGAN AND COHEN, P.C.
                          67 Market Street - Post Office Box 9035
                          Springfield, MA 01102
                          (413) 737-0260; Fax: (413) 737-0121
                          BBO# 069660

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Plaintiff's Motion to Continue Case Management Conference was served this 28th day of September, 2007 on all parties, by electronic filing to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144

                                  / S / Maurice M. Cahillane