UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DUVAL,                    )
       Plaintiff      )
                               )
v.                             )    Civil Action No.  05-30181-KPN
                               )
                               )
                               )
THE TOP-FLITE GOLF COMPANY,    )
       Defendant      )

SCHEDULING ORDER
October 12, 2007

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. The parties shall complete their mediation efforts by December 7, 2007.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by December 31, 2007.

3. All expert depositions shall be completed by January 25, 2008.

4. Counsel shall appear for a final pretrial conference on February 25, 2008, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

5. Trial shall commence on March 3, 2008, at 9:00 a.m.

IT IS SO ORDERED.

                                           /s/ Kenneth P. Neiman
                                           KENNETH P. NEIMAN
                                           Chief Magistrate Judge