UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br>　　　　Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>　　　　Defendant | )<br>)<br>)<br>)　CIVIL ACTION NO.: 05-30181-MAP<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO CONSOLIDATE

　　Now comes the Plaintiff and moves pursuant to Fed.R.Civ.P. 12(a) that the following cases:

　　*Paul Duval v. The Top Flite Golf Company*, Civil Action No.: 05-30181

　　*Michael Behaylo v. The Top Flite Golf Company*, Civil Action No.: 05 30178

　　*Gary Lonczak v. The Top Flite Golf Company*, Civil Action No.: 05 30180 and

　　*John Bettencourt v. The Top Flite Golf Company*, Civil Action No.: 05 30179

be consolidated for trial for the reasons stated in the attached memorandum.


Dated: December 31, 2007　　　　　　　THE PLAINTIFF, PAUL DUVAL
　　　　　　　　　　　　　　　　　　　BY HIS ATTORNEY


　　　　　　　　　　　　　　　　　　　/ S / Maurice M. Cahillane
　　　　　　　　　　　　　　　　　　　Maurice M. Cahillane, Esq.
　　　　　　　　　　　　　　　　　　　EGAN, FLANAGAN AND COHEN, P.C.
　　　　　　　　　　　　　　　　　　　67 Market Street - Post Office Box 9035
　　　　　　　　　　　　　　　　　　　Springfield, MA 01102
　　　　　　　　　　　　　　　　　　　(413) 737-0260; Fax: (413) 737-0121
　　　　　　　　　　　　　　　　　　　BBO# 069660