UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL DUVAL,<br>        Plaintiff | )<br>)<br>) | |
| vs. | ) | CIVIL ACTION NO.: 05-30181-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY,<br>        Defendant | )<br>) | |

## PLAINTIFF'S PROPOSED JURY QUESTIONS

1.  Do you find by a preponderance of the evidence that the defendant discriminated against the plaintiff on the basis of his age.

    Yes _____        No _____

2.  If you answered yes to Question No. 1, do you find that the defendant's actions were willful?

    Yes _____        No _____

3.  If you answered yes to Question 1, what amount of damages will compensate the plaintiff for:

    a.    Back pay and benefits _____

    b.    Future losses _____

                                    THE PLAINTIFF, PAUL DUVAL
                                    BY HIS ATTORNEY

Dated: January 28, 2008                    /S/ Maurice M. Cahillane
                                    Maurice M. Cahillane, Esq.
                                    EGAN, FLANAGAN AND COHEN, P.C.
                                    67 Market Street - Post Office Box 9035
                                    Springfield, MA 01102
                                    (413) 737-0260; Fax: (413) 737-0121
                                    BBO# 069660

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 28th day of January, 2008, on all parties, by hand delivery or First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

/S/ Maurice M. Cahillane
Maurice M. Cahillane

12084-050156\Document in ProLaw