UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DUVAL,<br>　　　Plaintiff<br><br>vs.<br><br>CALLAWAY GOLF BALL OPERATIONS, INC.,<br>　　　Defendant | )<br>)<br>)<br>) CIVIL ACTION NO.: 05-30181-KPN<br>)<br>)<br>) |

**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S
MOTION IN LIMINE TO PRECLUDE THE PLAINTIFFS FROM
OFFERING ANY EVIDENCE OF FRONT PAY TO THE JURY**

Plaintiff agrees with the Defendant that under the ADEA front pay is an equitable remedy whose treatment lies in the discretion of the Court. If the Court reserves the front pay issue for itself, the Plaintiff does not intend to present front pay issues to the jury. However, Plaintiff believes that the Court should submit the question to the jury and follow the jury's determination. Such a decision would enhance judicial economy since it would negate the need for additional hearing and testimony before the judge regarding issues as to the amount of front pay. It is quite common for front pay issues to be submitted to a jury in discrimination cases, and there is no prohibition under First Circuit law from the jury hearing in making determination even if it were only an advisory determination.

　　　　　　　　　　　　　　　　　　THE PLAINTIFF, PAUL DUVAL
　　　　　　　　　　　　　　　　　　BY HIS ATTORNEY

Dated: February 25, 2008　　　　　/S/ Maurice M. Cahillane
　　　　　　　　　　　　　　　　　　Maurice M. Cahillane, Esq.
　　　　　　　　　　　　　　　　　　EGAN, FLANAGAN AND COHEN, P.C.
　　　　　　　　　　　　　　　　　　67 Market Street - Post Office Box 9035
　　　　　　　　　　　　　　　　　　Springfield, MA 01102
　　　　　　　　　　　　　　　　　　(413) 737-0260; Fax: (413) 737-0121
　　　　　　　　　　　　　　　　　　BBO# 069660

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served this 25nd day of February, 2008, on all parties, by electronic delivery to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

                                                /S/ Maurice M. Cahillane
                                                Maurice M. Cahillane, Esquire

12084-050156\152977